IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 3:14-555 |
| | ) | 18 U.S.C. § 871 |
| v. | ) | |
| | ) | |
| ERIC ANTHONY ROME | ) | INDICTMENT |
| | ) | |

## COUNT 1

THE GRAND JURY CHARGES:

On or about May 16, 2014, the defendant, ERIC ANTHONY ROME, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, he called the South Carolina Department of Corrections, Office of the Inspector General, stating:

> Hello, my name is Eric Rome, my number is 351783. I'm currently at the Gilliam Psychiatric Unit on Kirkland yard. I've gotta max out coming up next year, I think 2015 sometime, and when I get out, man, I'm pretty sure I'm going to shoot the President. I'm going to go to Washington with a rifle, and I'm going to kill the President, 'cause I just…I don't, I don't feel like I can live in the free world with a n*****r in the White House, that just, that disturbs me, and I mean I'm already getting paid to do it. I mean, I'm just…Hell, I don't know why I made this call, I just figured I'd let you know, I'm going to shoot the black bastard. Anyway, y'all take it easy, bye.

All in violation of Title 18, United States Code, Section 871.

A **true** BILL

███████████
FOREPERSON

███████████

WILLIAM N. NETTLES (WDHjr)
UNITED STATES ATTORNEY