Prob 12C
(Rev. 05/19 - D/SC)

# United States District Court

### for

### District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Eric Anthony Rome          **Case Number:** 3:14CR00555-001

**Name of Sentencing Judicial Officer:** The Honorable Joseph F. Anderson, Jr., United States District Court Judge

**Date of Original Sentence:** September 22, 2015

**Original Offense:** Threats Against President of the United States, in violation of 18 U.S.C. § 871

**Original Sentence:** Custody sentence of 41 months followed by a 1-year term of supervised release. The defendant was also ordered to pay a $100 special assessment.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** September 21, 2018

**Assistant U.S. Attorney:** Winston D. Holliday          **Defense Attorney:** Allen B. Burnside

**Previous Court Action/Notification(s):** None

---

## PETITIONING THE COURT

[X]     To issue a warrant

[ ]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| (1) | **New Criminal Conduct:** Mr. Rome was arrested on September 4, 2019, by the Greenville City Police Department for Entering a Bank with Intent to Steal. The offense occurred on the same day of the arrest, September 4, 2019. |

Prob 12C
(Rev. 05/19 - D/SC)

Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 5, 2019

David A. Traynham
U.S. Probation Officer
Greenville Office

Reviewed and Approved By:

William Bernard Steadman
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☐   No action.

☒   The issuance of a warrant.

☐   The issuance of a summons.

☐   Other

---

**BOND CONSIDERATION:**

☒   Bond to be set at the discretion of the United States Magistrate Judge.

☐   No bond to be set.

☐   Other (specify):

The Honorable Joseph F. Anderson, Jr.
United States District Judge

September 13, 2019
Date